UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-21958-KMW

MARTHA DUARTE,

    Plaintiff,

vs.

BELLSOUTH TELECOMMUNICATIONS
LLC d/b/a AT&T,

    Defendant.
_____/

## DEFENDANT'S CERTIFICATE OF
## INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant BellSouth Telecommunications LLC, ("Defendant"), through its undersigned counsel, submits its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

1) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    Martha Duarte, Plaintiff

    Toussaint Cummings, attorney for Plaintiff

    Brian H. Pollack, attorney for Plaintiff

    FairLaw Firm, law firm representing Plaintiff

    BellSouth Telecommunications, LLC, Defendant

    BellSouth, LLC, parent company of BellSouth Telecommunications, LLC

      AT&T DataComm, LLC, parent company of BellSouth, LLC

      AT&T DataComm Holdings, LLC, parent company of AT&T Datacomm, LLC

      BellSouth Mobile Data, Inc., parent company of AT&T DataComm Holdings, LLC

      AT&T Inc., a publicly traded company, and parent company of BellSouth Mobile Data, Inc. (NYSE symbol: T);

      Samantha Tesser Haimo, attorney for Defendant

      Feigeles & Haimo LLP, law firm representing Defendant

2)  the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      None

3)  the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

      None

4)  the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

      None

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will I immediately notify the Court in writing on learning of any such conflict.

This 2nd day of August, 2022.

                                        Respectfully submitted,

                                        */s/ Samantha Tesser Haimo*

>Samantha Tesser Haimo
>Florida Bar No. 148016
>Feigeles & Haimo LLP
>7900 Peters Road - Suite B-200
>Fort Lauderdale, FL 33324
>Telephone: 954.376.5956
>Facsimile: 954.206.0188
>E-mail: STH@womenatlawfl.com
>
>ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2022, I electronically filed the foregoing Defendant's Certificate of Interested Persons and Corporate Disclosure Statement using the Court's ECF system, which will automatically generate notice to the following counsel of record:

>Toussaint Cummings, Esq.
>FairLaw Firm
>135 San Lorenzo Avenue
>Suite 770
>Miami, FL  33146
>Email: toussaint@fairlawattorney.com
>
>Brian H. Pollack, Esq.
>FairLaw Firm
>135 San Lorenzo Avenue
>Suite 770
>Miami, FL  33146
>Email: Brian@fairlawattorney.com
>
>*/s/ Samantha Tesser Haimo*
>Samantha Tesser Haimo
>Attorney for Defendant