UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-21958-DPG

MARTHA DUARTE,

    Plaintiff,

vs.

BELLSOUTH TELECOMMUNICATIONS
LLC d/b/a AT&T,

    Defendant.
_____/

**MOTION TO APPEAR PRO HAC VICE, CONSENT TO
DESIGNATION AND REQUEST TO ELECTRONICALLY
RECEIVE NOTICES OF ELECTRONIC FILINGS**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Sheldon W. Snipe of the AT&T Legal Department, at 754 Peachtree Street, NE, Suite 07C764, Atlanta, Georgia 30308, (404) 277-7505, for purposes of appearance as co-counsel on behalf of Defendant BellSouth Telecommunications, LLC ("BellSouth") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Sheldon W. Snipe to receive electronic filings in this case, and in support thereof states as follows:

    1.    Sheldon W. Snipe is not admitted to practice in the Southern District of Florida and is a member in good standing of the Georgia Bar and the United States District Court for the Northern District of Georgia.

2. Movant, Samantha Tesser Haimo, of the law firm of Feigeles & Haimo LLP, 7900 Peters Road, Suite B-200, Fort Lauderdale, Florida 33324, (954) 376-5956, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Sheldon W. Snipe has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto as Exhibit "A."

4. Sheldon W. Snipe, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Sheldon W. Snipe at the following email addresses: ss5526@att.com, jc9924@att.com and hh6695@att.com.

5. A proposed Order granting the Motion is attached hereto as Exhibit "B."

WHEREFORE, Samantha Tesser Haimo moves this Court to enter an Order permitting Sheldon W. Snipe to appear before this Court on behalf of BellSouth, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Sheldon W Snipe.

This 2nd day of February, 2023.

Respectfully submitted,

*/s/ Samantha Tesser Haimo*
Samantha Tesser Haimo
Florida Bar No. 148016
Feigeles & Haimo LLP
7900 Peters Road, Suite B-200
Fort Lauderdale, FL 33324
Telephone: 954.376.5956
Facsimile: 954.206.0188
E-mail: STH@womenatlawfl.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2023, I electronically filed the foregoing using the Court's ECF system, which will automatically generate notice to the following counsel of record:

Toussaint Cummings, Esq.
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Miami, FL  33146
Email: toussaint@fairlawattorney.com

Brian H. Pollack, Esq.
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Miami, FL  33146
Email: Brian@fairlawattorney.com

*/s/ Samantha Tesser Haimo*
Samantha Tesser Haimo
Attorney for Defendant