UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-21958-DPG

MARTHA DUARTE,

    Plaintiff,

vs.

BELLSOUTH TELECOMMUNICATIONS
LLC d/b/a AT&T,

    Defendant.
_____/

## CERTIFICATION OF SHELDON W. SNIPE

Sheldon W. Snipe, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of Georgia and the U.S. District Court for the Northern District of Georgia; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days

This 2nd day of February, 2023.

                                      */s/ Sheldon W. Snipe*
                                      SHELDON W. SNIPE

Exhibit "A"



## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **SHELDON W. SNIPE, State Bar No. 665790,** was duly admitted to practice in said Court on March 3, 1997, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 1st day of February, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By: *Stephanie W[signature]*
Stephanie Wilson-Bynum
Deputy Clerk