UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-21958-DPG

MARTHA DUARTE,

    Plaintiff,

vs.

BELLSOUTH TELECOMMUNICATIONS
LLC d/b/a AT&T,

    Defendant.
_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

This cause having come before the Court on the Motion to Appear *Pro Hac Vice* for Sheldon W. Snipe, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings, pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion is GRANTED. Sheldon W. Snipe may appear and participate in this action on behalf of Defendant. The Clerk shall provide electronic notification of all electronic filings to ss5526@att.com, jc9924@att.com and hh6695@att.com.

DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____, 2023.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record

EXHIBIT "B"