UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-21958-GAYLES

MARTHA L. DUARTE,

    Plaintiff,

vs.

BELLSOUTH
TELECOMMUNICATIONS LLC
D/B/A AT&T,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR EXTENSION OF DEADLINES

Plaintiff, Martha Duarte, by and through her undersigned counsel, requests a sixty (60) day extension of time to conduct discovery and states:

1. On September 2, 2022, this Honorable Court issued an Order setting deadlines for the management of this case. [ECF No. 21].

2. Trial is currently set for September 25, 2023, and the discovery deadline is March 14, 2023.

3. The parties have already engaged in written discovery.

4. The Plaintiff's deposition is set for March 10, 2023.

5. Plaintiff has already coordinated the depositions of four (4) witnesses employed by the Defendant, which are set from February 28 through March 13, 2023.

6. Plaintiff is still in need of depositions of other witnesses who are current and former employees of the Defendant.

7. Plaintiff has been employed by the Defendant since October 2000, and is aware that

1

other current and former employees who supervised and worked with her have information relevant to her claims.

8. Plaintiff does not intend to take depositions of every person that she worked with, but needs an extension of time to depose more than the four (4) that are currently coordinated.

9. This extension will affect one of the deadlines set forth in the trial order issued by this court at ECF No. 21, and so Plaintiff also requests an extension of the Dispositive Motion deadline (April 14, 2023).

10. The mediation deadline is May 5, 2023, and the parties have already set mediation for April 4, 2023.

11. No other deadlines in this Court's trial order will be affected by Plaintiff's request to extend the discovery and dispositive motions deadlines.

12. This Motion is being made in good faith and not for purposes of delay, and Defendant will not be prejudiced by the extensions sought.

13. A proposed order granting this motion is attached as Exhibit A.

## CERTIFICATE OF CONFERRAL

Pursuant to S.D. Fla. L.R. 7.1, I hereby certify that undersigned counsel conferred with defense counsel (Sheldon Snipe) via email on February 9, 2023, regarding the relief requested in this Motion, and Defendant opposes an extension of the discovery deadline for sixty (60) days, but was agreeable to an extension of thirty (30) days.

/s/Toussaint Cummings, Esq.
Toussaint Cummings, Esq. (119877)

Respectfully submitted on February 20, 2023.

*s/*Toussaint Cummings, Esq.
Toussaint M. Cummings, Esq.
Fla. Bar No. 119877
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*