UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-21958-GAYLES

MARTHA L. DUARTE,

    Plaintiff,

vs.

BELLSOUTH
TELECOMMUNICATIONS LLC
D/B/A AT&T,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY AND DISPOSITIVE MOTION DEADLINES

THIS CAUSE, having come before the Court on Plaintiff's Motion for Extension of Deadlines filed on February 20, 2022, and the Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED:

The Order Setting Trial Deadlines shall be amended to reflect that all discovery shall be completed by May 15, 2023, and Dispositive motions shall be filed by June 16, 2023.

DONE AND ORDERED in Chambers on this _____ day of February 2023.

                                          _____
                                                  DARRIN GAYLES
                                        UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*