UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-21958-GAYLES/MCALILEY

MARTHA L. DUARTE,

    Plaintiff,

vs.

BELLSOUTH TELECOMMUNICATIONS
LLC d/b/a AT&T,

    Defendant.

_____/

**DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION REQUESTING 60-DAY EXTENSION OF DISCOVERY DEADLINE**

Defendant BellSouth Telecommunications LLC d/b/a AT&T opposes Plaintiff Duarte's motion to extend the discovery deadline in this case by 60 days. Defendant opposes the motion for the following reasons:

- The discovery deadline is presently set to expire on March 14, 2023.

- Five depositions are presently scheduled to take place prior to expiration of the current deadline. They include depositions of Plaintiff and four AT&T witnesses.

- Presumably the Court spaced-out the deadlines in this case to allow sufficient time for consideration and ruling on pretrial motions, including, but not necessarily limited to, dispositive motions well in advance of trial.

- The 60-day extension of discovery deadline requested by Plaintiff unreasonably encroaches on and limits the time otherwise available to the Court to consider and enter a ruling on dispositive motions prior to trial.

1

- As referenced near the bottom of page 2 of Plaintiff's motion, Defendant's counsel informed Plaintiff's counsel that a 30-day extension of the discovery deadline would be agreeable, but Defendant firmly believes that 60 additional days is too long absent commensurate extension and re-setting of the trial date.

- To date, four (4) depositions requested by Plaintiff have been set to take place within the existing March 14, 2023 discovery deadline, and two (2) additional depositions requested by Plaintiff have proposed dates (proposed by the undersigned) that are within the existing discovery deadline.

- An additional 30 days of discovery (if granted by the Court) would give Plaintiff ample time to take any additional depositions to, through and including April 13, 2023.

- Plaintiff has not provided sufficient explanation or justification to warrant extending the discovery deadline by more than 30 days.

WHEREFORE, for the reasons stated above, Defendant requests that the Court deny Plaintiff's motion to the extent it seeks extension of the discovery deadline by more than 30 days.

This 21st day of February, 2023.

Respectfully submitted,

*/s/ Sheldon W. Snipe*
Sheldon W. Snipe (pro hac vice)
AT&T Services, Inc.
754 Peachtree Street, NW
7th Floor, Suite C764
Atlanta, GA  30308
(404) 365-6680
Cell:  (404) 277-7505
E-mail:  ss5526@att.com

>Samantha Tesser Haimo
>Florida Bar No. 148016
>Feigeles & Haimo LLP
>7900 Peters Road, Suite B-200
>Fort Lauderdale, FL 33324
>Telephone: 954.376.5956
>Facsimile: 954.206.0188
>E-mail: STH@womenatlawfl.com
>
>Attorneys for DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2023, I electronically filed the foregoing using the Court's ECF system, which will automatically generate notice to the following counsel of record:

>Toussaint Cummings, Esq.
>FairLaw Firm
>135 San Lorenzo Avenue
>Suite 770
>Miami, FL  33146
>Email: toussaint@fairlawattorney.com
>
>Brian H. Pollack, Esq.
>FairLaw Firm
>135 San Lorenzo Avenue
>Suite 770
>Miami, FL  33146
>Email: Brian@fairlawattorney.com
>
>    */s/ Samantha T. Haimo*
>    Attorney for Defendant