UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-21958-GAYLES

MARTHA L. DUARTE,

    Plaintiff,

vs.

BELLSOUTH
TELECOMMUNICATIONS LLC
D/B/A AT&T,

    Defendant.
_____/

**PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF DEADLINES**

Plaintiff, Martha Duarte, by and through her undersigned counsel, replies to Defendant's Memorandum in Opposition to Plaintiff's Motion Requesting 60-Day Extension of Discovery Deadline [ECF No. 21], as follows:

1. As indicated in the Defendant's response in opposition, some of the depositions requested by the Plaintiff fall within the current March 14, 2023 discovery deadline.

2. Plaintiff and Defendant are still in the process of coordinating deposition dates for six initial witnesses, but two of those witnesses would have to be deposed in April due to scheduling conflicts between the parties.

3. However, as mentioned in Plaintiff's motion for extension of time at ECF No. 26, Plaintiff has worked for Defendant for over 20 years and expects to take more depositions of Defendant's current and former employees.

4. Plaintiff needs to take the initial six depositions in order to strategize the remainder of

the depositions.

5. To be more specific, Defendant's responses to Plaintiff's written discovery identified at least 15 people who potentially have information relevant to Plaintiff's case. These 15 people do not account for other witnesses that are not mentioned in response to Plaintiff's discovery.

6. Instead of setting all 15 people for deposition, Plaintiff believes it would be more efficient to depose witnesses it deems most relevant first, and then see who else needs to be deposed afterwards.

7. By contrast, Defendant only has to take (or has only indicated it will take) one deposition – the Plaintiff's.

8. As such, Plaintiff foresees the need for a sixty (60) day extension to the discovery deadline.

9. Plaintiff is cognizant of the Court's wisdom in spacing out the deadlines in the current trial order, and does not mean to disrupt the Court's schedule due to this extension. Therefore, if a sixty (60) day extension is disruptive, then the Plaintiff respectfully requests all deadlines be adjusted accordingly.

Respectfully submitted on February 27, 2023.

*s/*Toussaint Cummings, Esq.
Toussaint M. Cummings, Esq.
Fla. Bar No. 119877
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

2