UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-21958-GAYLES

MARTHA L. DUARTE,

    Plaintiff,

vs.

BELLSOUTH TELECOMMUNICATIONS LLC D/B/A AT&T,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Martha L. Duarte, notifies the Court that the parties have settled their dispute and will finish negotiating and executing the written Settlement Agreement by May 19, 2023.

    Dated this 15th day of May 2023.

                                                      Toussaint Cummings, Esq.
                                                      Toussaint Cummings, Esq. (174742)
                                                      toussaint@fairlawattorney.com
                                                      FAIRLAW FIRM
                                                      135 San Lorenzo Avenue
                                                      Suite 770
                                                      Coral Gables, FL 33146
                                                      Tel:    305.230.4884
                                                      *Counsel for Plaintiff*