UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-21958-GAYLES

MARTHA L. DUARTE,

    Plaintiff,

vs.

BELLSOUTH
TELECOMMUNICATIONS LLC
D/B/A AT&T,

    Defendants.
_____/

## JOINT STIPULATION FOR RULE 41
## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, through their respective undersigned counsel, stipulate to the voluntary dismissal of this action **with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272 (11th Cir. 2012).

Respectfully submitted on this 21st day of May 2023.

| | |
|---|---|
| s/Toussaint M. Cummings, Esq. | s/Sheldon W. Snipe, Esq. |
| Toussaint M. Cummings, Esq. (119877) | Sheldon W. Snipe (pro hac vice) |
| toussaint@fairlawattorney.com | AT&T Services, Inc. |
| FAIRLAW FIRM | 754 Peachtree Street, NW |
| 135 San Lorenzo Avenue | 7th Floor, Suite C764 |
| Suite 770 | Atlanta, GA 30308 |
| Coral Gables, FL 33146 | Tel: 404.277.7505 |
| Tel:   305.230.4884 | ss5526@att.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |